■ In the Matter of BRIAN MCKENNA, Appellant, v TOWN OF HARRISON et al., Respondents. — Judgment of the Supreme Court, Westchester County (Leggett, J.), dated November 29, 1982, affirmed, without costs or disbursements (see *Matter of Economico v Village of Pelham,* 50 NY2d 120; cf. *Matter of Dolan v Whalen,* 71 AD2d 699). Mangano, J. P., Gibbons, Weinstein, and Brown, JJ., concur.

■ In the Matter of FRANCISCO PEREZ et al., Petitioners, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. — Proceeding pursuant to CPLR article 78 to review a determination of the State Liquor Authority dated April 15, 1983, which canceled petitioners' beer license and imposed a bond forfeiture in the sum of $1,000. Determination confirmed and proceeding dismissed on the merits, with costs. There was substantial evidence to support the State Liquor Authority's determination (see *Matter of Tropical Bar & Grill v O'Connell,* 270 App Div 865). Thompson, J. P., Bracken, Rubin and Boyers, JJ., concur.